ment. *Tuten* v. *Showalter,* supra; *Southern Ry. Co.* v. *Goodrum,* 115 *Ga.* 689; *Hill* v. *State,* 115 *Ga.* 833; *Citizens Banking Co.* v. *Paris,* 119 *Ga.* 517. The cases of *Mercer* v. *Davidson,* 80 *Ga.* 495, *Grimes* v. *Jones,* 48 *Ga.* 362, and *Hendrix* v. *Kellogg,* 32 *Ga.* 435, are distinguished from the foregoing cases by the Supreme Court in *Southern Ry. Co.* v. *Goodrum* and in *Hill* v. *State,* supra. The second petition in the instant case was sued out within six months from the dismissal of the first petition but not within thirty days from the date of the judgment of the mayor's court complained of, and, therefore, the second petition was properly dismissed.

■ The judge in his order dismissing the second certiorari did not state upon what ground it was dismissed. However, it is well settled by numerous decisions of the Supreme Court and the Court of Appeals that where a petition for certiorari is subject to dismissal for any reason, a judgment of dismissal will not be reversed by the reviewing court, though the trial judge based his judgment upon an erroneous reason. See *Memmler* v. *State,* 75 *Ga.* 576 (1-*a*); *Gillespie* v. *Macon,* supra, and citations.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

---

### 22966. Cox *v.* City of Ellijay.

MacIntyre, J. This case is controlled by the decision in *Parks* v. *City of Ellijay* (No. 22968), 47 *Ga. App.* 7.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

Decided May 2, 1933.

---

### 22967. Goble *v.* City of Ellijay.

Guerry, J. This case is controlled by the decision in *Parks* v. *City of Ellijay,* 47 *Ga. App.* 7.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

Decided May 2, 1933.

---

### 23010. BOWEN *v.* THE STATE.